E-FILED
Monday, 08 October, 2018  02:34:34 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **ALEJANDRA AGUERO,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No.: 2016-cv-2298 |
| | ) |
| **UNIVERSITY OF ILLINOIS, and** | ) |
| **BOARD OF TRUSTEES OF THE** | ) |
| **UNIVERSITY OF ILLINOIS,** | ) |
| | ) |
| **Defendant(s).** | ) |

## AGREED MOTION TO EXTEND DEADLINE

NOW COMES Plaintiff, Alejandra Aguero, by and through her attorney of record, Ronald S. Langacker of Langacker Law, Ltd., and in support of her motion to extend the deadline to file a response to Defendant's Motion for Summary Judgment, hereby states as follows:

1. Defendant filed a Motion for Summary Judgment in this matter on September 28, 2018. The deadline for Plaintiff to respond to Defendant's motion is October 19, 2018.

2. The week that the Plaintiff's response to Defendant's dispositive motion is due, Plaintiff's counsel has an administrative hearing in Springfield, Illinois, before the Illinois Human Rights Commission, which is expected to take four (4) days. The hearing, as well as the complex issues which are raised in Defendant's dispositive motion, necessitate that Plaintiff request additional time to file her Response.

3. Plaintiff requests an extension of seven (7) days, or until October 26, 2018, in order to file her response to Defendant's motion.

4. Plaintiff's counsel has discussed this matter with Defendant's counsel, and Defendant has no objection to the Motion to Extend.

5. That this extension should not materially affect the current trial call activity and/or any case management deadlines in this matter.

WHEREFORE, for the above and foregoing reasons, the Plaintiff seeks an extension of seven (7) days, or until October 26, 2018, in order to respond to Defendant's Motion for Summary Judgment.

Respectfully submitted,

By: /s/Ronald S. Langacker
Ronald S. Langacker, #6239469
Attorney for Plaintiff
Langacker Law, Ltd.
102 E. Main Street, Suite 100
Urbana, Illinois 61801
(217) 954-1025
(217) 903-5255
ron@langackerlaw.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| **ALEJANDRA AGUERO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.: 2016-cv-2298 |
| | ) | |
| **UNIVERSITY OF ILLINOIS, and** | ) | |
| **BOARD OF TRUSTEES OF THE** | ) | |
| **UNIVERSITY OF ILLINOIS,** | ) | |
| | ) | **JURY TRIAL** |
| Defendant(s). | ) | **DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 8, 2018, the **Agreed Motion to Extend Deadline** was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participant(s):

William J. Brinkmann, Kenneth D. Reifsteck & Philip J. Pence
Thomas, Mamer & Haughey, LL
30 E. Main, PO Box 560
Champaign, IL 61824-0560
wjbrinkm@tmh-law.com
kdr@tmh-law.com
Philip@tmh-law.com

Respectfully Submitted,

By: /s/Ronald S. Langacker
Ronald S. Langacker, #6239469
Attorney for Plaintiff
Langacker Law, Ltd.
102 E. Main Street, Suite 100
Urbana, Illinois 61801
(217) 954-1025
(217) 903-5255
ron@langackerlaw.com