Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **ALEJANDRA AGUERO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 16-cv-2298 |
| | ) |
| **UNIVERSITY OF ILLINOIS,** | ) |
| **BOARD OF TRUSTEES OF** | ) |
| **UNIVERSITY OF ILLINOIS,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.    This action came before the Court for a trial by jury.    The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's action against the defendants is dismissed .

**Dated:    December 17, 2018**

                                                            s/ Shig Yasunaga
                                                            Shig Yasunaga
                                                            Clerk, U.S. District Court