## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| ALEJANDRA AGÜERO, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.: 16-cv-2298 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | Judge Colin S. Bruce |
| UNIVERSITY OF ILLINOIS | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

**NOTICE** is hereby given that ALEJANDRA AGÜERO, Plaintiff in the above named case, hereby appeals to the United Stated Court of Appeals for the Seventh Circuit from the final judgment and order granting the Defendant's Motion for Summary Judgment entered in this action on December 17, 2018.

Date: January 10, 2019            /s/ Jonathan C. Goldman
                                  Jonathan C. Goldman of the Law Offices of
                                  Goldman & Ehrlich, Chtd. As attorneys for
                                  Plaintiff ALEJANDRA AGÜERO

Jonathan C. Goldman
Law Offices of Goldman & Ehrlich, Chtd.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 332-6733
jon@goldmanehrlich.com
ARDC # 06210828

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| **ALEJANDRA AGÜERO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No.: 16-cv-2298 |
| | ) | |
| **BOARD OF TRUSTEES OF THE** | ) | Judge Colin S. Bruce |
| **UNIVERSITY OF ILLINOIS** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

**TO:** William Brinkmann
Kenneth D. Reifsteck
Philip J. Pence
Thomas, Mamer & Haughey, LLP
30 E. Main
P.O. Box 560
Champaign, IL 61824-0560

   **PLEASE TAKE NOTICE** that on January 10, 2019, the undersigned did file **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION** in the United States District Court for the Central District of Illinois, Urbana Division, a copy of which is herewith served upon you.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of the Law Offices of Goldman & Ehrlich, Chtd. As attorneys for Plaintiff ALEJANDRA AGÜERO

**PROOF OF SERVICE**

   I, Shanita S. Stevens, an non-attorney on oath, state that I served this notice by mailing a copy to WILLIAM BRINKMANN, KENNETH D. REIFSTECK, and PHILIP J. PENCE at the above address and depositing same in the U.S. mail at 20 South Clark Street, Chicago, Illinois 60603, at or about 5:00 p.m., January 10, 2019 with proper postage prepaid.

/s/ Shanita S. Stevens