IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ALEJANDRA AGÜERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 16-cv-2298 |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | Judge Colin S. Bruce |
| UNIVERSITY OF ILLINOIS | ) | |
| | ) | |
| Defendant. | ) | |

## APPELLANT'S JURISDICTIONAL STATEMENT

**NOW COMES** Plaintiff, ALEJANDRA AGÜERO, by and through her attorney Jonathan C. Goldman of the Law Offices of Goldman & Ehrlich, Chtd., and as her Jurisdictional Statement, states as follows:

This action is brought to remedy unlawful discrimination practices on the basis of Race, National Origin, and Gender under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq; State Officials and Employees Ethics Act (5 ILCS 430/15-5 *et. seq*.); and the Illinois Whistleblower Act, 740 ILCS 174/1 *et. seq*.

The Plaintiff invokes the jurisdiction of this court pursuant to 28 U.S.C. §§ 1331 and 1343 and 42 U.S.C. § 2000e-5(f)(3). Supplemental jurisdiction is conferred by 28 U.S.C. § 1367 for Plaintiff's state law causes of action. Jurisdiction was not disputed. The District court granted Defendant's motion to dismiss on the state law claims on March 30, 2017 and granted the Defendant's Rule 56 motion for summary judgment on the remaining issues on December 17, 2018.

The jurisdiction of the Circuit Court of Appeals is based on 28 U.S.C. §1291.

Jurisdiction is not disputed.

Date: January 10, 2019                                 /s/ Jonathan C. Goldman
                                                       Jonathan C. Goldman of the Law Offices of
                                                       Goldman & Ehrlich, Chtd. As attorneys for
                                                       Plaintiff ALEJANDRA AGÜERO


Jonathan C. Goldman
Law Offices of Goldman & Ehrlich, Chtd.
20 S. Clark Street, Suite 500
Chicago, IL 60603
(312) 332-6733
**jon@goldmanehrlich.com**
ARDC # 06210828

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| ALEJANDRA AGÜERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 16-cv-2298 |
| ) | |
| BOARD OF TRUSTEES OF THE ) | Judge Colin S. Bruce |
| UNIVERSITY OF ILLINOIS ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

**TO:** William Brinkmann
Kenneth D. Reifsteck
Philip J. Pence
Thomas, Mamer & Haughey, LLP
30 E. Main
P.O. Box 560
Champaign, IL 61824-0560

**PLEASE TAKE NOTICE** that on January 10, 2019, the undersigned did file the **APPELLANT'S JURISDICTIONAL STATEMENT** in the United States District Court for the Central District of Illinois, Urbana Division, a copy of which is herewith served upon you.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of the Law Offices of
Goldman & Ehrlich, Chtd. As attorneys for
Plaintiff ALEJANDRA AGÜERO

**PROOF OF SERVICE**

I, Shanita S. Stevens, an non-attorney on oath, state that I served this notice by mailing a copy to WILLIAM BRINKMANN, KENNETH D. REIFSTECK, and PHILIP J. PENCE at the above address and depositing same in the U.S. mail at 20 South Clark Street, Chicago, Illinois 60603, at or about 5:00 p.m., January 10, 2019 with proper postage prepaid.

/s/ Shanita S. Stevens