2:16-cv-02298-CSB-EIL   # 53   Page 1 of 1                                E-FILED
Case: 19-1068   Document: 1-3   Filed: 01/10/2019   Pages: 1   Friday, 11 January, 2019  10:12:06 AM
                                                                Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

January 10, 2019

**To:**   Shig Yasunaga
          Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-1068
>
> Caption:
> ALEJANDRA AGUERO,
> Plaintiff - Appellant
>
> v.
>
> BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,
> Defendant - Appellee
>
> District Court No: 2:16-cv-02298-CSB-EIL
> Clerk/Agency Rep Shig Yasunaga
> District Judge Colin S. Bruce
>
> Date NOA filed in District Court: 01/10/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)